# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company, Petitioners, and<br><br>Blue Dot Services, Inc., Respondent. | FILED: APRIL 21, 2008<br>08CV2273         TG<br>JUDGE MANNING<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print)<br>Steven T. Whitmer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Steven T. Whitmer | |
| FIRM<br>Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS<br>111 South Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, IL  60606-4410 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6244114 | TELEPHONE NUMBER<br>(312) 443-0700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |