# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In the Matter of Arbitration between )<br>)<br>ZURICH AMERICAN INSURANCE COMPANY, )<br>AMERICAN GUARANTEE AND LIABILITY )<br>INSURANCE COMPANY, and AMERICAN )<br>ZURICH INSURANCE COMPANY, )<br>)<br>       Petitioners, )<br>)<br>and )<br>)<br>BLUE DOT SERVICES, INC., )<br>)<br>       Respondent. ) | Case No. 08 CV 2273<br><br>Judge Manning |

## NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD

To:    Steven Zabel                    Registered Agent for Blue Dot Services, Inc.
       Leonard, Street & Denard        CT Corporation System
       150 S. 5th Street, Suite 2300   319 S. Coteau Street
       Minneapolis, Minnesota  55402   Pierre, South Dakota  57501

       Blue Dot Services, Inc.
       125 South Dakota Avenue
       Sioux Falls, South Dakota  57401

**Please Take Notice** that the undersigned will appear before the Honorable Judge Blanche M. Manning, in Room 2125, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, at 11:00 a.m., or as soon thereafter as possible, on May 1, 2008, and then and there present the **Motion to Confirm Arbitration Award,** a copy of which is hereby served upon you.

                                          /s/ Julie L. Young

Steven T. Whitmer
Julie L. Young
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606

Phone:  312.443.0254 (J. Young)
Fax:    312.896.6254 (J. Young)

**CERTIFICATE OF SERVICE**

      Julie L. Young, an attorney, hereby certifies that she caused the foregoing **NOTICE AND MOTION TO CONFIRM ARBITRATION AWARD** to be served upon:

<u>U.S. Mail and Electronic Mail</u>

Steven Zabel
Leonard, Street & Denard
150 S. 5th Street, Suite 2300
Minneapolis, Minnesota  55402
steven.zabel@leonard.com

<u>U.S. Mail</u>

Registered Agent for Blue Dot Services, Inc.
CT Corporation System
319 S. Coteau Street
Pierre, South Dakota  57501

Blue Dot Services, Inc.
125 South Dakota Avenue
Sioux Falls, South Dakota  57401

on this 25th day of April, 2008.


                                              /s/ Julie L. Young


Steven T. Whitmer
Julie L. Young
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312.443.0254 (J. Young)
Fax:    312.896.6254 (J. Young)