## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Zurich American Insurance Company, et al.

                        Plaintiff,

v.                                              Case No.: 1:08−cv−02273

                                              Honorable Blanche M. Manning

Blue Dot Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning:Motion hearing held on 5/1/2008. On petitioner's motion to confirm arbitration award [6], Mr. Zabel's response to be filed by 5/16/2008. If no response is filed, ruling will be by mail. Status hearing set for 6/10/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.