# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 2273 | **DATE** | May 23, 2008 |
| **CASE TITLE** | *Zurich Am. Ins. Co. v. Blue Dot Servs., Inc.* | | |

**DOCKET ENTRY TEXT**

The petitioners' motion [6-1] to confirm the arbitration award entered April 18, 2008, is denied without prejudice.

■[ For further details see text below.]

00:00

## STATEMENT

    Before the court is a motion under the Federal Arbitration Act to confirm an arbitration award entered in favor of petitioners Zurich American Insurance Company, American Guarantee and Liability Insurance Company and American Zurich Insurance Company against respondent Blue Dot Services, Inc. *See* 9 U.S.C. § 9 ("any party to the arbitration may apply to the court so specified for an order confirming the award."). Blue Dot has not filed an appearance and did not respond to the motion.

    Before a party may obtain confirmation of an arbitration award, it must properly serve the adverse party with notice of the application for confirmation. The petitioners served Blue Dot by mail, but service by mail is insufficient because Blue Dot is located in South Dakota and therefore is not a "resident of the district within which the [arbitration] award was made." *Id.* Nonresidents must be "served by the marshal of any district within which the adverse party may be found in like manner as other process of the court." *Id.*

    Accordingly, the motion to confirm is denied without prejudice.

rs/cpb