# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of Arbitration between )
                                         )

ZURICH AMERICAN INSURANCE COMPANY, )
AMERICAN GUARANTEE AND LIABILITY )   Case No. 08 CV 2273
INSURANCE COMPANY, and AMERICAN )
ZURICH INSURANCE COMPANY, )   Judge Manning
                                         )

          Petitioners, )
                                         )

and )
                                         )

BLUE DOT SERVICES, INC., )
                                         )

          Respondent. )

## NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD

To:       Steven Zabel                   Registered Agent for Blue Dot Services, Inc.
               Leonard, Street & Denard       CT Corporation System
               150 S. 5th Street, Suite 2300     319 S. Coteau Street
               Minneapolis, Minnesota  55402   Pierre, South Dakota  57501

               Blue Dot Services, Inc.
               125 South Dakota Avenue
               Sioux Falls, South Dakota  57401

      **Please Take Notice** that the undersigned will appear before the Honorable Judge Blanche

M. Manning, in Room 2125, in the United States District Court, 219 South Dearborn Street,

Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, at 11:00 a.m., or as

soon thereafter as possible, on July 10, 2008, and then and there present the **Motion to Confirm**

**Arbitration Award,** a copy of which is hereby served upon you.

                                             /s/ Julie L. Young

Steven T. Whitmer
Julie L. Young
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606

Phone:  312.443.0254 (J. Young)
Fax:      312.896.6254 (J. Young)

## CERTIFICATE OF SERVICE

Julie L. Young, an attorney, hereby certifies that she caused the foregoing **NOTICE AND MOTION TO CONFIRM ARBITRATION AWARD** to be served upon:

<u>U.S. Mail and Electronic Mail</u>

Steven Zabel
Leonard, Street & Denard
150 S. 5th Street, Suite 2300
Minneapolis, Minnesota  55402
steven.zabel@leonard.com

<u>U.S. Mail</u>

Registered Agent for Blue Dot Services, Inc.
CT Corporation System
319 S. Coteau Street
Pierre, South Dakota  57501

Blue Dot Services, Inc.
125 South Dakota Avenue
Sioux Falls, South Dakota  57401

on this 3rd day of July, 2008.



/s/ Julie L. Young

Steven T. Whitmer
Julie L. Young
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312.443.0254 (J. Young)
Fax:      312.896.6254 (J. Young)