# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2273 |
| Blue Dot Services, Inc. | |

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that because Zurich has met the requirements under the FAA to receive a confirmation on the arbitration award, the petitioners' motion [11-1] to confirm the arbitration award is granted and the award is confirmed.


Michael W. Dobbins, Clerk of Court

Date: 7/24/2008                      _____
                                           /s/ Robbie Hunt, Deputy Clerk