USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Zurich American Ins.Co.,American Guarantee&Liability Ins.Co.&American Zurich Ins.Co | COURT CASE NUMBER<br>08 cv 2273   08CV 2273 |
| DEFENDANT<br>Blue Dot Services, Inc. | TYPE OF PROCESS<br>Civil |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Blue Dot Services, Inc., c/o Registered Agent, CT Corporation System
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
319 South Coteau Street, Pierre, SD  57501-3187

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Julie L. Young<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL  60606-4410 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | — |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

**F I L E D**
Aug 14. 2008
AUG 1 4 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(312) 443-0254 | DATE<br>6/3/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 24 | District to Serve<br>No. 73 | Signature of Authorized USMS Deputy or Clerk  R.T. | Date<br>06-24-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Deborah Clar Raymond - Asso. Secretary | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>7/2/08 | Time<br>10:15  ☒ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>Jay Ferguson 4024 | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 45,00 | .51 | 1.34 +8.00 | 54.85 | 250.00 | $0.00 | Refund 195.15 |

REMARKS:

45 + .51 + 1.34 + 8.00 = 54.85

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00