UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case 08 CV 2273 |
|---|---|
| Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company, Petitioners, and Blue Dot Services, Inc., Respondent | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE and LIABILITY COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

| | |
|---|---|
| SIGNATURE | Bryan W. Deaton |
| FIRM | Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS | 111 South Wacker Drive |
| CITY/STATE/ZIP | Chicago, IL  60606-4410 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6289337 | TELEPHONE NUMBER  312-443-0278 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |