IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of Arbitration between | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY, | ) ) ) ) ) ) | Case No. 08 CV 2273<br><br>Judge Manning |
| Petitioners, | ) ) | |
| and | ) ) | |
| BLUE DOT SERVICES, INC., | ) ) | |
| Respondent. | ) ) | |

## MOTION FOR TURNOVER ORDER

Petitioners, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company, (collectively "Zurich"), by their attorneys, hereby move this Court to enter an order directing third party US Bank N.A. ("US Bank") to turn over $333,013.99 to Zurich, which amount will be applied to the outstanding judgment against Respondent, Blue Dot Services, Inc. ("Blue Dot"). In support of its Motion, Zurich states as follows:

1.  On July 24, 2008, the Court entered judgment confirming an arbitration award in the amount of $3,904,763 plus interest. To date, $1,404,763 plus interest remains outstanding.

2.  On August 11, 2008, the Clerk of Court issued a Citation to Discover Assets to Third Party to US Bank ("Citation") for the purpose of discovering assets of Blue Dot to further satisfy the outstanding judgment against Blue Dot due and owing to Zurich.

3.     Accordingly, Zurich served the Citation on US Bank on or about August 13, 2008. The Citation was returnable on August 29, 2008 at 2:00 p.m.

4.     US Bank has represented in its Answer to the Citation that US Bank is holding $333,013.99 of Blue Dot's assets. For the Court's convenience, a copy of the Answer is attached as Exhibit A.

WHEREFORE, Zurich respectfully requests that the Court enter an Order (see proposed Turnover Order, attached as Exhibit B), which requires US Bank to turn over $333,013.99 of Blue Dot's assets to Zurich, in partial satisfaction of the outstanding judgment against Blue Dot.

Date:   August 27, 2008

Respectfully submitted,

ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

By: _____/s/ Bryan W. Deaton_____
       One of Their Attorneys

Steven T. Whitmer
Julie L. Young
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone: 312-443-1869 (S. Whitmer)
Fax:    312-896-6569 (S. Whitmer)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of Arbitration between )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, AMERICAN GUARANTEE )<br>AND LIABILITY INSURANCE )<br>COMPANY, and AMERICAN ZURICH )<br>INSURANCE COMPANY, )<br>)<br>       Petitioners, )<br>)<br>and )<br>)<br>BLUE DOT SERVICES, INC., )<br>)<br>       Respondent. ) | Case No. 08 CV 2273<br><br>Judge Manning<br><br>*Amended* |

## ANSWER TO CITATION TO DISCOVER ASSETS

US Bank ("Citation Respondent") certifies under penalty of perjury that with regard to the property of the Blue Dot Services, Inc. ("Judgment Debtor"), the Citation Respondent files the following answer to this Citation to Discovery Assets to Third Party and is in possession of the following property of the Judgment Debtor.

Circle one or more of the following and indicate the amount held:

A)   Savings Account (Amount withheld) $ _____

B)   Checking and/or Now Account (Amount withheld) $ *333,013.99*

C)   Certificate of Deposit (Amount withheld) $ _____

D)   Money Market Account (Amount withheld) $ _____

E)   Trust Account (Amount withheld) $ _____

F)   Safety Deposit Box $ _____

G)   No Accounts _____

H)   Adverse Claimant:   Name _____   Address _____

I)   Wages, Salary or Commissions _____

J)    Other Personal Property (Describe) _____

*Attach additional pages for any additional information required by the Citation.*

                        Sub Total _____

☐    Less right of offset or other loans: _____

☐    Less deduction for fees limited by 205 ILCS 5/48.1: _____

                        Total **$ 333,013.99**

**Placed hard hold on Acct until 2-14-09.**

According to the business records kept by the Citation Respondent, we show the above accounts to be correct.

                        **M. Wang**        **US Bank**
                        877-247-9468
                                          AUG 2 2 2008

                    Agent for Citation Respondent Garnishment Department

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of Arbitration between ) | |
| ) | |
| ZURICH AMERICAN INSURANCE ) | Case No. 08 CV 2273 |
| COMPANY, AMERICAN GUARANTEE ) | |
| AND LIABILITY INSURANCE ) | Judge Manning |
| COMPANY, and AMERICAN ZURICH ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| and ) | |
| ) | |
| BLUE DOT SERVICES, INC., ) | |
| ) | |
| Respondent. ) | |

## TURNOVER ORDER

THIS CAUSE coming to be heard on Petitioners', Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company (collectively "Zurich"), Motion for Turnover Order,

WHEREAS, $1,404,763 plus interest remains unsatisfied from the judgment entered against Blue Dot Services, Inc. ("Blue Dot") in favor of Zurich on July 24, 2008,

WHEREAS, the Clerk of Court issued a Citation to Discover Assets to Third Party ("Citation") to third party US Bank N.A. ("US Bank"), which was served on US Bank on or about August 13, 2008,

WHEREAS, US Bank states in its Answer to the Citation that as of August 22, 2008, it is in possession of $333,013.99 in an account owned by Blue Dot,

WHEREAS, the Court has determined that the $333,013.99 in the account of Blue Dot is the property of Blue Dot, the Respondent,

IT IS HEREBY ORDERED, that US Bank turn over to Zurich the property of Blue Dot from the account of Blue Dot in the amount of $333,013.99.

Dated this _____ day of _____, 2008.

_____
Judge Blanche Manning