## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In the Matter of Arbitration between ) | |
| ) | |
| ZURICH AMERICAN INSURANCE COMPANY, ) | |
| AMERICAN GUARANTEE AND LIABILITY ) | Case No. 08 CV 2273 |
| INSURANCE COMPANY, and AMERICAN ) | |
| ZURICH INSURANCE COMPANY, ) | Judge Manning |
| ) | |
| Petitioners, ) | |
| ) | |
| and ) | |
| ) | |
| BLUE DOT SERVICES, INC., ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF MOTION FOR TURNOVER ORDER

To:  Steven Zabel                     Registered Agent for Blue Dot Services, Inc.
     Leonard, Street & Denard         CT Corporation System
     150 S. 5th Street, Suite 2300    319 S. Coteau Street
     Minneapolis, Minnesota  55402    Pierre, South Dakota  57501

     Chris Simon                      Blue Dot Services, Inc.
     Kevin Mann                       125 S. Dakota Avenue
     Cross & Simon, LLC               Sioux Falls, South Dakota  57401
     913 N. Market Street, 11th Floor
     P.O. Box 1380
     Wilmington, Delaware  19899

**Please Take Notice** that the undersigned will appear before the Honorable Judge Blanche M. Manning, in Room 2125, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, at 11:00 a.m., or as soon thereafter as possible, on September 9, 2008, and then and there present the **Motion for Turnover Order**, a copy of which is hereby served upon you.

                                              _____/s/ Bryan W. Deaton_____

Steven T. Whitmer
Julie L. Young
Bryan W. Deaton
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone: 312-443-0254 (J. Young)
Fax:    312-896-6254 (J. Young)

## CERTIFICATE OF SERVICE

Bryan W. Deaton, an attorney, hereby certifies that he caused the foregoing **NOTICE AND MOTION FOR TURNOVER** to be served upon:

<u>U.S. Mail and Electronic Mail</u>

Steven Zabel
Leonard, Street & Denard
150 S. 5th Street, Suite 2300
Minneapolis, Minnesota  55402
Steven.zabel@leonard.com

Chris Simon
Kevin Mann
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware  19899
kmann@crosslaw.com
csimon@crosslaw.com

<u>U.S. Mail</u>

Registered Agent for Blue Dot Services, Inc.
CT Corporation System
319 S. Coteau Street
Pierre, South Dakota  57501

Blue Dot Services, Inc.
125 S. Dakota Avenue
Sioux Falls, South Dakota  57401

on this 27th day of August, 2008.

_____/s/ Bryan W. Deaton_____

Steven T. Whitmer
Julie L. Young
Bryan W. Deaton
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone: 312-443-0254 (J. Young)
Fax:    312-896-6254 (J. Young)