**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Zurich American Insurance Company, et al.

                Plaintiff,

v.                                     Case No.: 1:08−cv−02273

                                                    Honorable Blanche M. Manning

Blue Dot Services, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: The court strikes the plaintiffs' motion for a turnover order [20] without prejudice as the defendant has advised the court that it filed a petition seeking relief under the bankruptcy code. Thus, the plaintiffs' collection efforts are currently barred by the automatic stay. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.